*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**                **JUDGMENT IN A CIVIL CASE**

      **Plaintiff,**

**v.**

**COLUMBIA BUSINESS RIBBONS, INC.,**         **CASE NO: 09-2575-p**
**and KENNETH WEBB,**

      **Defendant.**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Judgment on the Pleadings entered on February 16, 2010, all claims against all parties are now resolved and all relief sought by State Farm in its Complaint for Declaratory Judgment is hereby granted.


**APPROVED:**

s/ Tu M. Pham
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

**February 16, 2010**                                              THOMAS M. GOULD
**DATE**                                                          Clerk of Court

                                                                      s/Sandra McClain
                                                     (By)   Deputy Clerk